MARY F. BUCHANAN, Appellant, *v.* WILLIAM H. BUCHANAN, Respondent.

Submitted September 30, 1940; decided October 8, 1940.

*Robert S. Mullen* and *Henry K. Neidich* for motion.
*Sidney S. Levine* opposed.

Motion granted and appeal dismissed.